**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1667**
_____

JAMES L. WOOTEN, JR.,

             Plaintiff - Appellant,

      v.

MARTIN J. GRUENBERG, Chairman, Federal Deposit Insurance
Corp.,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Liam O'Grady, District
Judge.   (1:15-cv-00724-LO-TCB)

_____

Submitted:  February 27, 2017          Decided:  March 6, 2017

_____

Before WILKINSON and KEENAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jennie Cathryne Blaine Watson, David H. Shapiro, SWICK &
SHAPIRO, P.C., Washington, D.C., for Appellant.  Dana J. Boente,
United States Attorney, Ayana N. Free, Assistant United States
Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James L. Wooten, Jr., appeals the district court's order granting summary judgment in favor of Martin Gruenberg, Chairman of the Federal Deposit Insurance Corporation, on Wooten's race discrimination and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wooten v. Gruenberg, No. 1:15-cv-00724-LO-TCB (E.D. Va. Apr. 4, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED